**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ANNIE M. HOSKINS**                                                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:12CV00028-MPM-JMV**

**HOLLANDALE SCHOOL DISTRICT**                                                 **DEFENDANT**

**ORDER VACATING MAY 29, 2012, ORDER**

The court has determined that its May 29, 2012 Order granting the defendant's Motion for

Extension of Time to File Answer (# 4) was entered prematurely, the court having not allowed the

plaintiff 14 days in which to file a response. Accordingly, that Order is hereby VACATED, and the

plaintiff shall have 14 days from the filing of defendant's motion to file any response.

SO ORDERED this 29th day of May, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE