**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANNIE M. HOSKINS**                                                                       **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 4:12CV028-JMV**

**HOLLANDALE SCHOOL DISTRICT**                                        **DEFENDANT**

**ORDER SEALING EXHIBIT**

ON MOTION of the Plaintiff, good cause having been shown, in order to bring the Plaintiff's Response to Defendant's Motion for Summary Judgment into compliance with Fed. R. Civ. P. 5.2, the redaction rule, the Court orders in accordance with Rule 5.2(e) that Exhibit # 5, SJ-5b, attached to Document No. 79 be sealed to prohibit electronic access to this document by any non-party to this litigation.

SO ORDERED this the 15th day of May, 2013.

                                                           /s/ Jane M. Virden
                                                           U. S. MAGISTRATE JUDGE