**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**ANNIE M. HOSKINS**                                                                     **Plaintiff**

**v.**                                                 **CIVIL ACTION**

                                                                       **NO. 4:12cv028-JMV**

**HOLLANDALE SCHOOL DISTRICT**                                      **Defendant**

## ORDER DISMISSING ACTION WITHOUT PREJUDICE BY REASON OF SETTLEMENT

The Court has been advised by counsel for the parties that this action has been settled. Therefore, it is not necessary that the action remain on the active docket. It is, therefore

**ORDERED:**

1. That the action is dismissed without prejudice.

2. That the Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

**THIS**, the 3rd day of June, 2013.

                                                        /s/ **Jane M. Virden**
                                                   **UNITED STATES MAGISTRATE JUDGE**